

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Daniel Barba

**Plaintiff,**

**V.**

Commissioner of Social Security

**Defendant.**

**Civil Action No.**  25-cv-01858-TWR-GC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court affirms the final decision of the Commissioner.

**Date:**        7/15/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy